**Charles P. CRINER, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 43758.**

Missouri Court of Appeals,
Western District.

Jan. 8, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 1991.

Application to Transfer Denied
April 9, 1991.

William J. Swift, St. Louis, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

---

ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

---

**Irvin M. BROWN, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 43595.**

Missouri Court of Appeals,
Western District.

Jan. 8, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 1991.

Application to Transfer Denied
April 9, 1991.

David S. Durbin, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of Rule 29.15 postconviction motion for untimely filing.

Judgment affirmed. Rule 84.16(b).